UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00097-JRS-TAB |
| | ) | |
| JANNA BROADDUS, | ) | -09 |
| | ) | |
| Defendant. | ) | |

**Order Denying Motion for Reduction of Sentence**

Jana Broaddus moves for a reduction of her sentence under 18 U.S.C. § 3582(c) based on Amendment 821 to the United States Sentencing Guidelines, which has been made retroactive. Broaddus pleaded guilty and was convicted of conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846. In 2021, she was sentenced to 78 months' imprisonment followed by 5 years of supervised release. Broaddus's offense level was 27 and with 9 criminal history points, her criminal history category was IV, yielding a guidelines range of 120 to 125 months' imprisonment.

Subpart 1 of Part B of Amendment 821 creates a new guideline, U.S.S.G. § 4C1.1, that provides for a two-level decrease of offense level for certain "zero-point offenders"—defendants with no criminal history points under Chapter Four, Part A of the Guidelines and whose offense did not involve specified aggravating factors. *See* U.S.S.G. § 4C1.1(a)(1)–(10). Although Broaddus did not have any of the aggravating factors identified in § 4C1.1(a)(2)–(10), having received 9 criminal history points, she

is not a zero-point offender and thus, § 4C1.1(a) does not apply to her. Accordingly, the Court finds that her Motion for Reduction of Sentence, (ECF No. 1484), must be and is **denied**.

**SO ORDERED.**

Date: 01/29/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Counsel of Record via CM/ECF

Janna Broaddus
6825 W. Odessa Way
McCordsville, IN 46055